# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| LISA DEATON,<br>    Plaintiff, | : | Case No. 1:16-cv-947 |
| | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Defendant. | :<br>:<br>:<br>: | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 25)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on April 23, 2018, submitted a Report and Recommendation. (Doc. 25). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 25) is **ADOPTED**;
2. The parties' joint stipulation for attorney fees (Doc. 24) is **GRANTED**;
3. Plaintiff is awarded attorney fees in the amount of $2,392.50.

**IT IS SO ORDERED.**

Date: 6/6/18

*Timothy S. Black*
Timothy S. Black
United States District Judge